| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| Sidney W. Jackson, III, Esq.<br>Jackson & Foster, LLC<br>75 St. Michael Street<br>Mobile, AL 36602<br>Telephone No: 251-433-6699 | | | | |
| Attorney for: Plaintiff(s) | | Ref. No. or File No.: | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Southern District Of Alabama | | | | |
| Plaintiff(s): William C. Passmore, et al. | | | | |
| Defendant: Vertex Energy, Inc., et al. | | | | |
| **AFFIDAVIT OF SERVICE**<br>**Summons and Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>23CV00128N |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Class Action Complaint; Notice of Assignment to U S Magistrate Judge For Trial

3. a. Party served:          Chris Carlson
   b. Person served:        Chris Carlson, Personally

4. Address where the party was served:   4418 Cedar Ridge Trail
                                          Houston, TX  77059

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue., Apr. 18, 2023 (2) at: 6:24PM

7. Person Who Served Papers:
   a. Gordon Hanna
   b. Class Action Research & Litigation
      P O Box 740
      Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

Fee for Service:
I Declare under penalty of perjury under the laws of the State of TEXAS that the foregoing is true and correct.

4-19-2023
(Date)                    (Signature)

8. STATE OF TEXAS, COUNTY OF __Harris__

Subscribed and sworn to (or affirmed) before me on this __19th__ day of __April__ by Gordon Hanna proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Melinda Carey
(Notary Signature)

MELINDA CAREY
Notary Public, State of Texas
Comm. Expires 02-07-2026
Notary ID 81389-1

AFFIDAVIT OF SERVICE
Summons and Complaint

sijac.247134